HAROLD ABAIR, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued January 23, 1946; decided March 7, 1946.

*Moe Levine* and *Benjamin H. Siff* for appellant.

*John J. Bennett,* Corporation Counsel (*Albert L. Wilbur* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J. MEDALIE, J., deceased.